DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LYNN D. REDEMAN,**
Appellant,

v.

**GE MONEY BANK** and **NATIONSTAR MORTGAGE, LLC,**
Appellees.

No. 4D14-3262

[March 23, 2016]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 50-2013CA017703-XXXXMB (AG).

Ray Garcia of The Law Office of Ray Garcia, P.A., Miami, for appellant.

Sara F. Holladay-Tobias and Emily Rottmann of McGuire Woods LLP, Jacksonville, for appellee, Nationstar Mortgage, LLC.

PER CURIAM.

*Affirmed.  See Evergrene Partners Inc. v. Citibank, N.A.,* 143 So. 3d 954 (Fla. 4th DCA 2014)

STEVENSON, GROSS and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***